# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| George Harris, | 2:22-cv-00022-JCM-VCF |
| Plaintiff, | |
| vs. | **Order** |
| United States of America, | |
| Defendant. | |

Plaintiff George Harris filed a motion for a protective order. ECF No. 20.

Accordingly,

I ORDER that an in-person hearing on the motion for a protective order (ECF No. 20) is scheduled for 2:00 PM, August 21, 2023, in Courtroom 3D.

IT IS ORDERED.

DATED this 3rd day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE