JASON M. FRIERSON  
United States Attorney  
District of Nevada  
Nevada Bar Number 7709  

R. THOMAS COLONNA  
Assistant United States Attorney  
501 Las Vegas Blvd. So., Suite 1100  
Las Vegas, Nevada 89101  
(702) 388-6336  
Richard.Colonna@usdoj.gov  
*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| George Harris,<br><br>           Plaintiff,<br><br>     v.<br><br>United States of America,<br><br>           Defendant. | Case No. 2:22-cv-00022-JCM-VCF<br><br>**Stipulation and Order to Reschedule Hearing on Plaintiff's Motion for a Protective Order (ECF No. 20)**<br><br>**(Second Request)** |

      The United States respectfully requests that the court reschedule the hearing on Plaintiff's Motion for a Protective Order (ECF No. 20) set on September 5, 2023, at 10:00 a.m., and respectfully requests that the hearing be moved to a date during the week starting on September 11, 2023, convenient for this court.

      The reason for this request is that AUSA Colonna will be attending a training at the National Advocacy Center on September 5, 2023. Plaintiff does not oppose this request.

///  
///  
///  
///  
///  
///  
///

This request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 10th day of August 2023.

| | |
|---|---|
| SIMON LAW | JASON M. FRIERSON<br>United States Attorney |
| */s/ Benjamin J. Miller*<br>BENJAMIN J. MILLER, ESQ.<br>Nevada Bar No. 10406<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | */s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the United States* |

IT IS HEREBY ORDERED that the hearing scheduled for September 5, 2023, is RESCHEDULED to an in-person hearing at 11:00 AM, September 12, 2023, in Courtroom 3D.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-11-2023

2