SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00022-JCM-VCF<br><br>**Stipulation to Extend Time to Submit Joint Pretrial Order** |

　　　Plaintiff George Harris and Defendant United States of America (the "Parties") stipulate to and request a two-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline to **March 27, 2025**.

　　　This extension is made in good faith. The Parties have exchanged an initial draft of their Joint Pretrial Order, which is actively under review. This extension will allow the Parties the additional time needed to agree on issues and documents prior to trial.

///
///
///
///
///
///
///

1       Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **March 27, 2025**.

      Respectfully submitted this 17th day of March 2025.

SIMON LAW

/s/ Benjamin J. Miller
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
810 S. Casino Center Blvd.
Las Vegas, NV 89101

*Attorneys for Plaintiff*

SUE FAHAMI
Acting United States Attorney

/s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorneys

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 3-19-25

2