SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 2:22-cv-00022-JCM-MDC<br><br>**Stipulation to Extend Time to Submit Joint Pretrial Order**<br><br>**(Second Request)** |

　　　Plaintiff George Harris and Defendant United States of America (the "Parties") stipulate to and request a four-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline to **April 28, 2025**. This is the second request to extend this deadline. This extension is made in good faith.

　　　AUSA Colonna has notified Plaintiff's counsel that he will be on leave the week starting on March 28, 2025. Mr. Colonna has two trials in separate matters in the beginning of April: *Utter v. United States of America*, Case No. 3:23-cv-00441-MMD-CLB, Bench Trial starting on April 8, 2025, and *Fallin v. United States of America*, Case No. 3:23-cv-00512-ART-CLB, Bench Trial starting on April 14, 2025. The additional time requested will allow the parties to review and discuss the proposed Joint Pretrial Order.

///

///

///

Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **April 28, 2025**.

Respectfully submitted this 24th day of March 2025.

| | |
|---|---|
| SIMON LAW | SUE FAHAMI<br>Acting United States Attorney |
| */s/Benjamin J. Miller*<br>BENJAMIN J. MILLER, ESQ.<br>Nevada Bar No. 10406<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101 | */s/R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorneys |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3-26-25

2