SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
R. THOMAS COLONNA
Assistant United States Attorney
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
Reem.Blaik@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HARRIS,  <br><br>          Plaintiff,  <br><br>     v.  <br><br>UNITED STATES OF AMERICA, DOES I through X, and ROE CORPORATIONS I through X, inclusive.  <br><br>          Defendants. | Case No. 2:22-cv-00022-GMN-MDC  <br><br>**Stipulation and Order to Continue Bench Trial (First Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff George Harris and Federal Defendant the United States of America, through their counsel of record (the "Parties"), stipulate and request that the Court continue the bench trial currently scheduled to begin on January 26, 2026, as well as all corresponding trial-related deadlines. (ECF No. 60). The Parties stipulate and request to continue the trial to the week of **June 1, 2026**, or a date thereafter at the convenience of the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

Good cause exists to continue the trial date because AUSA Reem Blaik anticipates being on parental leave during the current trial setting. Additionally, AUSA R. Thomas Colonna will be unavailable for the current trial setting.

1

The Parties jointly request a continuance to accommodate this unavoidable scheduling conflict to ensure effective representation.

IT IS SO STIPULATED AND AGREED.

Dated this 4th day of September, 2025.                    Dated this 4th day of September, 2025.

SUE FAHAMI                                                                SIMON LAW
Attorney for the United States,
Acting under Authority Conferred
by 28 U.S.C. § 515

 /s/ Reem Blaik                                                              /s/ Benjamin J. Miller
R. THOMAS COLONNA                                              BENJAMIN J. MILLER
REEM BLAIK                                                              Counsel for Plaintiff
Assistant United States Attorney                              810 S. Casino Center Blvd.
501 Las Vegas Blvd. South, Ste. 1100                      Las Vegas, NV 89101
Las Vegas, Nevada 89101

*Attorneys for Federal Defendant*                              *Attorneys for Plaintiff*

This case is set for a bench trial on the stacked calendar on July 6, 2026, at 8:30 a.m. in Courtroom 7D. Calendar Call is set for June 30, 2026, at 9:00 a.m. in Courtroom 7D.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE


DATED:   September 5, 2025