TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
REEM BLAIK
Assistant United States Attorney
Nevada Bar No 16386
CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Reem.Blaik@usdoj.gov
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HARRIS,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:22-cv-00022-GMN-MDC<br><br>**Order Granting Stipulation to Extend Time Deadline for Motions in Limine** |

Plaintiff George Harris and the United States of America (the "Parties") stipulate to and request that the Court move the deadline for Motions in Limine currently due on December 27, 2025, pursuant to this Court's Order ECF. 60. The Parties stipulate and request to move the deadline from December 27, 2025, to May 6, 2026.

This extension is made in good faith. The Parties have been in communication regarding the best way to litigate this case. This request is made to align the Motions in Limine deadline with the new trial deadlines set per this Court's Order ECF 66.

Accordingly, the Parties respectfully request that the deadline for the Motions in Limine be moved to **May 6, 2026**.

Respectfully submitted this 12th day of December 2025.

SIMON LAW

/s/Benjamin J. Miller
BENJAMIN J. MILLER
810 S. Casino Center Blvd.
Las Vegas, NV 89101

*Attorneys for Plaintiff*

TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/Cybill L. Dotson
REEM BLAIK
CYBILL L. DOTSON
Assistant United States Attorneys

*Attorneys for Federal Defendants*

**DATED** this __2__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2