TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| George Harris,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:22-cv-00022-GMN-MDC<br><br>**Stipulation and Order to Continue Bench Trial (Second Request)** |

The parties hereby submit this stipulation to reset the trial date for this matter.

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff George Harris and Federal Defendant the United States of America, through their counsel of record (the "Parties"), stipulate and request that the Court continue the bench trial currently scheduled to begin on July 6, 2026, as well as all corresponding trial-related deadlines. (ECF No. 66). The Parties stipulate and request to continue the trial to the week of **September 14**, **2026** or a date thereafter at the convenience of the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

Good cause exists to continue the trial date because AUSA Nathan Claus has been assigned to this case as of May 6, 2026. He is still familiarizing himself with this case and will need the time to complete preparation for Defendant. The parties are also needing to

complete the trial schedule for the various expert witnesses because a couple of the expert witnesses are unable to attend the current trial dates.

The reason for the extension until September is also due to Mr. Claus having two trials currently set to occur in mid-August that are expected to go forward. *See Lampkin v. USA*, Case No. 2:23-cv-00301-RFB-MDC, ECF No. 78 (setting trial for August 10, 2026) & *Howard v. United States of America*, Case No. 2:21-cv-00643-APG-EJY, ECF No. 89 (setting trial for August 17, 2026).

The Parties jointly request a continuance to accommodate this unavoidable scheduling conflict to ensure effective representation.

IT IS SO STIPULATED AND AGREED.

Dated this 6th day of May, 2026.

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101

*Attorneys for Federal Defendant*

Dated this 6th day of May, 2026

SIMON LAW

*/s/ Benjamin J. Miller*
BENJAMIN J. MILLER
Counsel for Plaintiff
810 S. Casino Center Blvd.
Las Vegas, NV 89101

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

____________________________________
UNITED STATES DISTRICT COURT JUDGE

DATED: ________________________